

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

MArK MonroE HoFFmAN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. WardEN

John HemigwAy. Et. AL
OFFicer Burger
OFFicer QwEEN
RN - DwncAN .P
OFFicer BradlY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:20-cv-13264
Judge: Drain, Gershwin A.
MJ: Patti, Anthony P.
Filed: 12-04-2020 At 11:21 AM
PRIS MARK HOFFMAN V HOHN HEMINGWAY ET AL (SS)

Jury Trial: ☒ Yes ☐ No
*(check one)*

PunitiVE DAmages CLAim ☒YES ☐ No
DiversitY Jurisdiction
CLAim ☒YES ☐ No

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)
PursuAnt To 28 u.s.c § 1331 (FederAL Prisoner)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.***

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     MArk monroE HoffmAN

All other names by which you have been known:

ID Number     17770029

Current Institution     MiLAN, FCi, MichigAN

Address     Po. Box 1000 MiLAN, Michigan 48160

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     John HEmigwAY. Et. AL - wArdEN

Job or Title (if known)     wArdEN

Shield Number     EmployEE of DEpArtmEnt of JusticE

Employer     BoP - At MiLAN, FCI, Michigan

Address     Po. Box 1000 - MilAN, Michigan 48160

☒ Individual capacity     ☐ Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

| | |
|---|---|
| Name | OFFicer - QuEEN |
| Job or Title (if known) | REC - Department |
| Shield Number | Employee of Department of Justice |
| Employer | BoP - At MiLAN, FCI, Michigan |
| Address | Po. Box 1000 - MiLAN, Michigan 48160 |

☒ Individual capacity        ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | OFFicer - Burger |
| Job or Title (if known) | REC - Department |
| Shield Number | Employee of Department of Justice |
| Employer | BoP - At MiLAN, FCI, Michigan |
| Address | Po. Box 1000 - MiLAN, Michigan 48160 |

☒ Individual capacity        ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | DunCAN - P. RN |
| Job or Title (if known) | Medical Department |
| Shield Number | Employee of Department of Justice |
| Employer | BoP - At MiLAN, FCI, Michigan |
| Address | Po. Box 1000 - MiLAN, Michigan 48160 |

☒ Individual capacity        ☐ Official capacity

Defendant No. 5
NAME     OFFicer C. Bradly
JoB      Compound Officer
Shield Number  Employee of Department of Justice
Employer  BoP - At MiLAN, FCI, Michigan
Address  Po. Box 1000 - MiLAN, Michigan - 48160

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑   Federal officials (a *Bivens* claim)

☐   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My 8Th Amenment

4

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed. All defendant's work For the FCi Milan For the Department of Justice And B.O.P

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed. See Attachment's "A"

5

ATTACHMENTS - A "

DEFENDENT #1
John Hemigway - Warden - At FCI Milan, MI
on April - 2nd 2020 - Warden was made aware
of Petitioners Injury - Coused BY FALL on Ice At Rec-
Center Gate - Because Thay Never Deiced or Shoveled
Area on - 1-19-20 - And LACK of Medical Treatment
In A Timely Manner - By His own Medical Staff At
FCI Milan, MI - 3 months After Injury Through
Adminastrative Remedy. CASE Number: 1012514-F1

DEFENDENT # 2
officer - Burger - REC - Department - Employee At Milan
FCI, Michigan - officer Burger - was made aware of
MY - Slip And FALL Acident - on - 1-19-2020. Time: 12:04Pm
When I Walked In To His office with Bloody Hand's
And I Told Him I Just - Sliped And FELL on The Ice -
HE Said To Me what Do I Look Like A Nurse - Get out of
Heav And go To The Hospital

DEFENDENT # 3
officer - Queen - Rec - Department - Employee At Milan
FCI, Michigan - officer Queen - opened The Gate For
The Rec Yard. on - 1-19-2020. After officer Burger
Sent me out of His office. At That Time I Walked
over To The Gym Area. That's When officer Queen
was made Aware of MY Bleeding Hands - I Told Him
That I Just - Sliped And FELL on The Ice And
officer Burger - sent me To The Hospital

"Attatchments- A"

Defendent # 3

At This Time IN The GYM AreA I Said Too - Officer Queen - After - You opened The Gate - For us I made It 15 To 20 Feet IN side Fence - Trying To Go Too The Leaser Room - And Down I went. He Said That The Snow Crew was Supost To come And Shovel And Salt But Never Showed up. Officer Queen was with me untill He Let me IN Door way To See The Nurse. Mis Duncan - P. RN. Medical Department when - Medical Department was Done Kleening And wraping my Hands - I was - Lead - Back To Door way - where Officer Queen - Met me And Let me Back out - To go To Leaser Room. Still on This Day - 1-19-2020 - After Church Service was over - I See Officer Queen - Standing Next Too Chaplin Arnald - And I showed Them my Hands - I Told Them my Back Felt Like Electric Shocks Spasam Sitting - For Service - Chaplin Arnald - Ask me If I was going To Sue Them - Officer Queen Said To go Ahead And File The Paper work - That You Are Not going To Be The First - Nor - will You Be The Last - That The Snow Crew was Supost To Do Thair Job But Didnt - Shovel And Salt - That was Said when ALL 3 of us was standing Together - Sunday Night - 1-19-2020

"ATTATCHMENTS - A"

DEFENDANT #4
DunCAN - P. RN - MEDICAL DEPARTMENT - EMPLOYEE At MILAN
FCI, Michigan - DunCAN-P. RN - WAS MADE AWARE OF
MY INJwY's - From - SLiP And FALL Acident - on - 1-19-2020
when officer Queen PASTED ME off IN To HER CARE -
DATE of INJwY: 1-19-2020 - 12:04 PM Date Reported For Treatment:
1-19-2020 - 12:10 - Cuts And ABrasions To Hands And Left Knee
EXAM Comments Approx 4cm Superfical LAC To Left inner PALM
BeLow Thumb. 2cm Superficial Lac To Right inner Palm beLow
Thumb. 1/2 cm ▓ SCratch on rt index Finger. Left Knee
ABrasions X2. No bleeding, ECCHYmosis Starting.
Assessment: ALteration in Comfort - r/T SLiP And FALL
New Medication Orders: Naproxen Tablet - 500 mg
Follow up At Sick CALL - LACErations And ABrasions CLEANSED.
Palm Abrasins Covered with TELFA And Then wrapped with Kerlex.
Band Aid Applied To Finger Cut. when Done She Passed me BACK
IN To office Queens CASE - I HAVE still Not Receved Adiaute Medical
Treatment IN A Timly Manger - still wating on MRI sholder - As of -
11-24-20

DEFENDANT No. 5
officer C. Bradly - ComPound officer - EmPloyee At MILAN
FCI, Michigan - on - MondAY - 1-20-2020 - on MY WAY To -
Medical - officer - C. Bradly - Stops ME And Asked ME - what Happen
To - MY - Hands - Both of Them - wraped up - I Told Him - I
SLiped And FeLL on my way To The - Rec - YesterDAY - HE Told ME
HE WAS - CALLED To - Put ICE MElt Down - Right After
That Happened - He said BY The Gate To The LEASER -
Room - on - 1-19-2020

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.



N/A

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

FCl MiLAN - P.o Box 1000 - MiLAN, MI 48160
At The Rec Yard - 1-19-2020

C.      What date and approximate time did the events giving rise to your claim(s) occur?

Date of INJury - on - JAN 19Th - 2020 - At 12:04 Pm
Provider : DuncAN, P. RN
Date Repoited For Treatment - 1-19-2020 - 12:10 pm
Preformed At Health Services

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.      What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

See attachment's "B"

7

*Attachment "B"*

① 

Complaint For Violation of Civil Rights - Prisoner Complaint

I mark Hoffman #17770029 - on - 1-19-2020 - Fell on ICE - INJury - To my Hands - Knees - Back - And Sholder - I was on my WAY - Too - The LEASEr Room - I Left my Housing - unit F-1 And got Down To Rec. AreA. ABout - 50 - To - 60 - People waiting - for - Rec - staff - To open - gate - Too. LEASEr Room - I Am BeHind - many INmates officer Queen - comes - To open gate - we ALL Funnal Through - I go ABout 20 Ft And Down - I went - I got up - And went Too - The LEASEr Room - And Showed - officer Burger - my - Hands were BLeeding - He SAYS - go - To - The Hospital - I went Back And Found officer - Queen - IN The Gym - He Lets me IN - To - SEE The Nurse - And - waped up my Hands - INSidE - The fence was Not Shovled - or - SALTed - Like The Rest of The Compound - I went To - Chuuch - That Night - After - services - I Talked To - chaplin - Arnauld - And - officer Queen - At - The SAme Time - Queen - Tells me That - The Snow Crew was Supost To HAVE - Shoveled - And - SALTed But Thay Didnt - officer Queen - Told ME - IN Front of The - Chaplain - To - go AHEAd - And - File - INJuries - Due To - FBOP - Employee's Negligent Acts - I WAS INJured due To A Slip And FALL on ICE out side of The Recreational Department Becouse of Failure To REMoVE - The Snow And ICE - From - Side walk Leading To - The Leaser Room - The INJuries That I Sustained were - witNessed - Recorded - And - CAred For By The Milan - F.C.1 - medical Department. I Am - Recording This - INCident Through - The Administrative Remedy - Process - IN Furtherance of - CIViL Litigation - IN - Federal District Court Seeking - MEDicaL - And Monetary compensation - For INJuries

 ②

Complaint For Violation oF Civil Rights - Prisoner Complaint

on - Monday - 1-20-2020 - on my way Too - Medical - officer- C. Bradly - stops ME And Ask ME- what Happend To - MY - Hand's - Both of Them - wraped up - I Told Him - I sliped And Fell on MY WAY To Rec - Yesterday - He - Told me He WAS - Called To - Put Ice Melt Down - Right After That Happend - He said BY The Gate To The Leaser Room - on - 1-19-2020

I still Have Scare's on my Hands where I fell - And - Sholder - And - Back - still Have Pain - Thay Have Taken - Blood work - from - ME - 2 - Times Now - Getting - Ready - To Go out For - MRI - For - Torn Musles - IN Sholder - And - still - Have Not Got - That Part Done - 10 - Months And Counting - Cant - Raise Arm - The Way I could Before - 1 - 19 - 2020

Date of Injury : 1-19-2020 - At - 12:04 PM
Provider : Duncan, P. RN
Date Reported For Treatment : - 1-19-2020 -  12:10 PM
PreFormed At Health Services

The Down Spout - off The Roof - Drain's - Right At The Base of The - Gate - That's were - officer - Queen - opened It - on - 7-6-20 I went out For Rec - I seen - officer Queen And His - Boss- mr. Santos - And Told Them I still Have Not - went out To See - Doc - For my - Sholder - MRI - And That Drain - Pipe - Should Be Moved — Thay Said - Thay will Look IN Too - It -  Freezes At The Base - of The gate

Attachments "B"

③

Complaint For Violation of Civil Right's - Prisoner Complaint

                    Monday
on - 1-20-20 - Thay Reraped my Hands - on - Tue - 1-21-20
Thay Reraped my Hands Again - And Did X-Ray s - I Asked
For A Shot To Kill The Pain - For - my - Hands - Sholder -
Back - And - Knee's


on - 1-27-20 - Thay Tryed To give me - DuLoxetine - 20. MG


on - 2-24-20 - I gave The Pain Pills Back - DuLoxetine - 20 MG
It was making me Feel goofy - See ALL Medical Reports For
More INFormation - From - X - Ray's


I Took Medical Record - Paper - That Shows X-Rays Too my New
Boss - I Started - unicor - on - September - 21st 2020
That Shows - 59 Yr old male - with c/o - Left Shoulder
Pain - And Chronic Low Back Pain, X-Ray From - 1-19-20
Showed moderate chronic Anterior wedging of L2, Severe
disc Space Narrowing At L5-S1, Minimal disc Space -
Narrowing L4-5. - Moderate disc Space Narrowing At L1-2
PLEASE Evaluate And Treat.


So Mr. V. Tokart - Read - And Singed This Paper - Saying
Can - Sweep - And Pick up Trash - Light Dudy - Work


I Am Also - Enclosing A Letter - From Local 67 - Iron Workers -
From - Des Moines, IA - That - This - Slip And Fall - on - 1-19-20
It will Couse Me Lost - Wage's And Pension - From -
 Being Earned - See Attachment - "C"



# DES MOINES IRON WORKERS PENSION TRUST & DEFINED CONTRIBUTION

1501 East Aurora Avenue, Suite B • Des Moines, Iowa 50313 • 515-282-4293 telephone • 515-282-0242 fax

August 18, 2020

RE: Mark Hoffman
    1908 S. Monroe St.
    Mason City, Iowa 50401

To whom it may concern:

The above-mentioned participant was a member of Local 67 Iron Workers from 2007-2014. He had worked for the Iron Workers Local 67 off and on from 2003-2014. He has earned 4.25 vested credits, in that time period. After obtaining 5 vested credits, he would be entitled to earn a Defined Pension Benefit at age 65- if you would ever obtain 5 vested credits.

If you have any additional questions, please feel free to contact me at the above telephone number.

Respectfully,

Melissa Bailey
Des Moines Iron Workers Local 67
Administrative Offices

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

### V. Injuries

1-19-20

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

EXAm comments - APPCOX 4cm superficial LAC To Left INNer PAlm below Thumb. 2 cm - superficial LAC - To right INNer PAlm Below Thumb. 1/2 cm - scratch on CT - INdex Finger. Left Knee Abrasions X 2. No bleeding, ecchymosis starting LAceeations And ABrasion cleansed. PAlm ABrasions covered with Telfa And Then wraped with Kerlex, Band Aid Applied To Finger cut.

1-20-20 Dressing Changed - Bilateral 4x4" Hand wraps - with 4" Kerlix - secured with cloth Tape. INmate To Retuin To Mariow

1-21-20 - Reports - Low BAck And Left Shoulder Pain related To INJury. Reports w/o Low BAck Pain And sholder - rates - Pain 9/10 - Not ABle To Move Left Sholder - And getting Electric Shock - 4 - Times IN Lower BAck - Taking NAproxen - with out Relief. Reqesting To Be Switched To Motrin - Lower BAck And sholder - X-Ray Done - Toradal - 30 mg - given - APPEAes IN Pain - HAnds Dressing Changed - Ibuprofen - 600mg - 3 Times A DAY

2-24-20 - X-RAy - From - 1-19-20 - Showed Moderate chronic Anterior wedging of L2, Severe disc space Narrowing At L5-S1, minimal disc space Narrowing L4-5. Moderate disc space Narrowing At L1-2. PlEASE EVAluate And Treat. Left shoulder Pain And Chronic LBP. Duloxetine HCl Delayed Rel 20 MG CAP

1-27-20 Reports Knee Pain is getting worse making HArd To walk - Low BAck + TTP middle BAck

2-3-20 Knee X RAyed

To DAys Date - IS - Nov - 22nd 2020 - And Still waiting To Be Seen - for MRI

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

☑ Compensation in the amount of $50,000.00 per named party.

☑ Punitive Damages in the amount of (5) times the total compensation above of $50,000.00 multiplied by (5) times, equals $1,250,000.00 Total Punitive Damages.

All Funds owed PlaintiFF will be delivered to the judge within Thirty (30) days of settlement. Judge will then be instructed where to ship Funds at PlaintiFFs choice. Any Failure to submit Funds within the time Limit herein will be considered contempt of court.

8

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Correction Institution, Milan
P.O. Box 1000
Milan, Michigan 48160

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

9

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance? *Here at Milan*

*Filed administrative remedy's*
*BP-8 unit manger*
*BP-9 warden*      *FederAL Tort Claim*
*BP-10 Regenial*
*BP-11 central*

2.  What did you claim in your grievance?

$ 1,000000.00

3.  What was the result, if any?

*Denied on All remedy's And Tort Claim's*
*See Attachments*

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appealed all the way to central in WAshington Dc

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐     Yes

☒     No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐     Yes

☒     No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.     Parties to the previous lawsuit

        Plaintiff(s)     _____

        Defendant(s)     _____

    2.     Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.     Docket or index number

        _____

12

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐      Yes

☐      No

If no, give the approximate date of disposition. _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐      Yes

☒      No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)      _____

Defendant(s)      _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

3.      Docket or index number

_____

13

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

    ☐    Yes

    ☐    No

If no, give the approximate date of disposition. _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11 - 28 , 2020 .

Signature of Plaintiff     *Mark M Hoffman*

Printed Name of Plaintiff     MArK M HoFFmAN

Prison Identification #     17770029

Prison Address     FCI MiLAN - Po Box 1000

    MiLAN        MI        48160

    City            State        Zip Code

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## Additional Information:

15

Mark Hoffman
#17770029
FCI Milan
P.O. Box 1000
Milan, MI
48160



Metroplex MI 480 ZIP
FRI 04 DEC 2020 PM

United States District Court
For The Eastern District of Michigan
Office of The Clerk
Theodore Levin United States Court House
231 West Lafayette Blvd. - Room 564
Detroit, Michigan 48226
Official Business

12/14/20
(prs)

RECEIVED
DEC 10 2020
CLERKS OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

